UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Lisa J. Thibodeau and | \* | |
| Susan Rust Dennison, | \* | |
| | \* | |
| Plaintiffs | \* | Case No. 1:14-cv-00039-JD |
| | \* | |
| v. | \* | |
| | \* | |
| Advanced Health and Wellbeing, P.C. and | \* | |
| Margarita R. Ochoa-Maya, M.D., | \* | |
| | \* | |
| Defendants | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice and without costs. All rights of appeal are hereby waived.

                                        Respectfully submitted,

                                        LISA J. THIBODEAU and
                                        SUSAN RUST DENNISON
                                        By their attorneys,
                                        DOUGLAS, LEONARD & GARVEY, P.C.

Date: October 3, 2014        By:    /s/Benjamin T. King_____
                                                        Benjamin T. King, Bar #12888
                                                        14 South Street, Suite 5
                                                        Concord, NH 03301
                                                        (603) 224-1988
                                                        benjamin@nhlawoffice.com

                                     and

                                        ADVANCED HEALTH AND
                                          WELLBEING, P.C. and
                                        MARGARITA R. OCHOA-MAYA, M.D.,
                                        By their attorneys,
                                        JACKSON LEWIS LLP,

2

| | | | |
|---|---|---|---|
| Date:  October 3, 2014 | | By: | /s/Martha Van Oot_____ <br> Martha Van Oot, NH Bar #963 <br> 100 International Drive, Suite 363 <br> Portsmouth, NH 03801 <br> (603) 559-2700 <br> Martha.vanoot@jacksonlewis.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

                                                                             /s/Benjamin T. King_____ <br>
                                                                             Benjamin T. King